IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTICT OF WISCONSIN

Christopher Davis-Clair,
          Plaintiff

V.                                              Case No._____

C.O.Turck,C.Francois(Corrections Program
Supervisor)K.O'Dell(Offender Class Specialist),
John Doe-1(Soial Worker),John Doe-2(PSU Supervisor
of GBCI),
     Defendant's.

## COMPLAINT.

         Comes Now,the plaintiff,Christopher Davis-Clair,"Davis-
Clair",proceeding herein,pro-se,pursuant to title 42 U.S.C. & 1983,
with his complaint against the above named defendant's.

### PARTIES.
1.Christopher Davis-Clair,Plaintiff,is a United States Citizen and
adult resident of the state of wisconsin and at all times relevant
to this action,was confined at Green Bay Corr. Inst. as a prisoner
located at:P.O.Box ~~2221~~ 19033,Green Bay,Wis. 54307,now housed at:
(WSPF)P.O.Box 9900,Boscobel,Wis. 53805.

2.Turck,Francois,O'Dell,John Doe-1,John Doe-2,Defendant's.,is a
United States Citizen and adult resident of the state of wisconsin
and at all times relevant to this action was employed by the state
of Wisconsin,Dept. of Corr.,whose employed by the state whose address
is:(GBCI)P.O.Box 19033,Green Bay,Wis. 54307.


### STATEMENT OF CLAIM.
3.Davis-Clair seen the social worker(John Doe-1)at Green Bay Corr.
in segregation and Davis-Clair explained to the social worker that
he didn't think that it would be a good ideal to send his to (WSPF)
because he would be far away from home where his family would not
beable to see him which would cause his suidal attempts.

4.Later that day Davis-Clair went back to the cell and wrote to PSU
saying that he would like to see someone because the institution
was trying to send him to(WSPF),in which he thought it would make
him suidal being in a closed seting and away from his family.He never
received a response.

5.Davis-Clair seen PRC which was a committee that included O'Dell
the Offender Class Specialist and Francois the Corrections Program
Supervisor and att the hearing the plaintiff explained that he didn't
think that it was a good ideal to send him to (WSPF)because the
closed in area and being far from home at a young age would only
led to suide attempts ~~and~~ and if I get approved to go to (WSPF)I
ask that you have someone check on me because I know I will attempt
suicide because going all the w way out there away from my family
would not help.They stated Mr.Davis-Clair you are just going to
have to deal with it,you made this chose.The defendant's said that

they would tell the RØ PSU Supervisor of Green Green Bay and the
security staff. See, Ex.1                                  the South Cell

6. Øn 2-8-16, Davis-Clair was housed in cell E-34 of
Hall.

7. On 2-8-16, C.O. Turck told Davis-Clair to pack his property up so
that the property officer could pack it up because he was being
transfered to WSPF the next day. Davis-Clair said to Turck I need
you to get the Psychologist over here because if n_t you all are
going to have to send me to observation, he just pa_k your shit and
will get to that later and walked off.

8. A couple of minutes later Davis-Clair went and g_bbed a razor
razor and started walking back and forth in the ro_n and started
to cut his wrist and Turck came back and seen what _as going on
and for a minute he just stud there watching then af_er noticing
told Davis_Clair I'm giving you a direct order to _op cutting
and at first Davis would not, and Turck walked off _ get the Stg.
Hilbert and he gave Davis a direct order to stop _utting. Once
Hilbert stated that if he didn't stop cutting he w_ld have to use
O.C. Spray Davis followed there commands.

9. Once Davis_Clair stopped the C.O.'s got him cuff_d
him over to the HSU to get cleaned up and then he _ up and walked
to the observation in the restrictive housing unit. walked over

10. At HSU Davis-Clair cut's were pictures taken of the
told that they would be placed in his HSU file.          wounds and

11. While in HSU Lt.Lenz came and spoke with Davis-Clair asking
him what was going on and Davis explained to him wh_t was going
and that he had told the officer while he was packi_ng his things
up and he said that they take care of that la#ter a_d he wanted
to file a complaint on him. Lenz told him man look y_u are leaving
tomrrow just sit back and _ you'll be out _ here and
I'll look_ into the situation and let you know th_ come while
you are at WSPF.

12. While sitting in observation when the another wh_ite shirt did
his round that night Davis-Clair asked him about a _ICE and he said
you can't get them in observation, then asked him wh_t's going on
and Davis-Clair explained that the Staff refused to _get the psych-
ologist and he told him what Lenz had told him and _the white shirt
said Lenz is good at looking into things and if she _said she would
then she'll investigate and let you know what the o_t come is while
you are at WSPF, so I wouldn't worry about it.

13. The next day Davis-Clair was transfered to Dodge Correctional
and placed back into observation for a temporary hold.

14. Upon Information and belief if C.O. Turck would have got a PSU
worker that Davis_Clair could have spoken to he would never cut
his wrist because he could been placed on observation and/or they
could have talked him out of it because they are trained that.

15. Upon Information and belief once a inmate tells the staff and or the psychologist that they are suicidal or need to be placed in observation because they ~~are~~ want to kill there self even if they change there mind per Adminstrative Code 500.70.25.

16. Program Review Committee Francois and O'Dell were both placed on notice that Davis-Clair stated going to WSPF and taken him away from his family and being in a closed ~~environment~~ environment would make him suicidal.

17. PSU Supervisor at GBCI was placed on ~~~~ notice of that Davis-Clair stated going to WSPF and taken him away from his family and being in a ~~~~ closed environment would make him suicidal.

18. The Soial Worker at GBCI was plaéed on notice of that Davis-Clair stated going to WSPF and taken him away from his family and being in a closed environment would make him suicidal.

19. Turck was placed on notice that Davis-Clair was feeling suicidal and did nothing until it was to late.

20. Davis-Clair should have been placed in observation.

21. Once Davis-Clair was notified to go to WSPF the psychologist should have came to speak with Davis-Clair and/or placed him on observation due to what he told all these staff at GBCI.

22. Davis-Clair could not file a ICE and a something that was being Investigated by the Security which is what would have happened if he would have filed a complaint so that left Davis-Clair to beleave that he couldn't knowing that Lenz stated <u>don't worry about filing a complaint I'll take care ~~~~ of it.</u>

## FIRST CONSTITUTIONAL CLAIM.
Incorporating paragraphs 3 thur 22 plaintiff alleges that the defendant's ~~~~ violated his 8th Amendment Deliberate Indifference. <u>Woodward V. Corr.Med.Serv. of Ill, Inc.,</u>F.3d 917-28(7th cir.2004).

## REQUESTED RELIEF.
1. Issue a award <u>Compensatory Damages,</u>to the plaintiff in the amount of Ten Thousand($10,000)Dollars.

2. Issue a award <u>Punitive damages,</u>to the plaintiff against the Defendant's in the amount of Ten Thousand($10,000)Dollars jointly and severally.

3. <u>Nominal damages.</u>

4. <u>Presumed Damages.</u>

5. Plaintiff Demands a trial by jury on all matters ~~~~ triable.

6. All claims are brought against the defendant's in his persona;l ~~~~ capacities.

## CONCLUSION.

Wherefore, plaintiff respectfully pray this Honorable court to <u>Grant</u> the requested relief sought herein.

I, declare under penalty that all statements made herein are true and correct to the best of my personal knowledge.

Respectfully Submitted,

Dated this _____ day of _____, 2017.

_____
Christopher Davis-Clair#609207
(WSPF) P.O. Box 9900
Boscobel, Wis. 53805

Prepared By: _____.

Oscar Garner #441303
(Prisoner to Prisoner
Legal Aid).