# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

CHRISTOPHER DAVIS-CLAIR,

        Plaintiff,

v.

C.O. TURCK, C. FRANCOIS, K. O'DELL, and JOHN DOES 1 and 2,

        Defendants.

Case No. 17-CV-389-JPS

**ORDER**

On March 16, 2017, Plaintiff submitted his complaint in this matter without his signature. (Docket #1 at 4). *Pro se* parties must sign all documents they file with the Court. Fed. R. Civ. P. 11(a). If Plaintiff does not submit a signed complaint by **May 4, 2017**, this case will be dismissed for lack of prosecution.

Accordingly,

**IT IS ORDERED** that the plaintiff shall submit a signed copy of his complaint no later than **May 4, 2017**, or this action will be dismissed for lack of prosecution.

Dated at Milwaukee, Wisconsin, this 21st day of April, 2017.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge